**Order entered September 22, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00518-CV

### EX PARTE NICHOLAS RYAN LEE

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01453-2020**

### ORDER

The reporter's record in this case is overdue. By postcard dated July 17, 2020, we notified Janet L. Dugger, Official Court Reporter for the 296th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. To date, Ms. Dugger has failed to comply with the Court's order.

Accordingly, we **ORDER** Janet L. Dugger to file, within **TWENTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and is not entitled to proceed

without payment of costs. *We notify appellant that if we receive verification it has not paid for or made arrangements to pay for the reporter's record and is not entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable John Roach, Jr.
Presiding Judge
296th Judicial District Court

Janet L. Dugger
Official Court Reporter
296th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE